| | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Address<br>B. Received by (Printed Name)  C. Date of Delivery<br>5-29-07 |
| 1. Article Addressed to:<br><br>DARTZ AND MATZ INCORPORATED<br>99 GRAND STREET, SUITE 18<br>MOONACHIE, NJ 07074 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☒ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | RB 860921357 US |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

---

UNITED STATES POSTAL SERVICE
NNJ METRO P&DC 07
29 MAY 2007 PM 7

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

O'Dwyer & Bernstien, LLP
52 Duane Street, 5th Floor
New York, NY 10007

ATTN: IH