# NEW YORK DISTRICT COUNCIL OF CARPENTERS

**UNION TRUSTEES**

Michael J. Forde
Chairman
Peter Thomassen
Denis Sheil
Lawrence D'Errico
John E. Greaney
Charles Harkin

# BENEFIT FUNDS

**Stuart R. GraBois**
**Executive Director**

395 Hudson Street
New York, N.Y. 10014
Telephone: (212) 366-7300
Fax: (212) 366-7444

**MANAGEMENT TRUSTEES**

Paul O'Brien
Co-Chairman
George Greco
Richard Harding
David T. Meberg
Kevin M. O'Callaghan
Joseph Olivieri

November 30, 2006

Dartz and Matz Incorporated
99 Grand Street; Suite 18
Moonachie, NJ 07074

RE: Delinquency in Fringe Benefit Contributions for the period 04/09/2006 – 09/09/2006

Dear Sir/Madam:

Enclosed are the results of the audit of the books and records of the above named company for the period indicated as performed by Abrams, Herde and Merkel, CPAs for the New York District Council of Carpenters Benefit Funds ("Funds").The enclosed audit report indicates a delinquency in fringe benefit contributions in the amount of $34,734.91. This figure represents principal, interest and interest due for the late payment of benefits during the audit period. Also, include a separate check for the Promo Fund for $372.40.

*IMPORTANT NOTICE:* If this audit is paid within fourteen (14) days of the date of this letter, there will be no **delinquency assessment charge of $6,662.09.** If payment is made after 14 days, kindly include the delinquency assessment of $6,662.09 with your payment. Also, **daily interest at 10.25%** *per annum* **will be charged and added to any amounts due.**

If you agree with the findings of the enclosed audit, you must pay the delinquent fringe benefit contributions within fourteen (14) days of the date of this letter. Mail your check, made payable to "NYDCC Benefit Funds", to Abrams, Herde and Merkel, CPAs at 2001 Marcus Ave, Suite S90, Lake Success, NY, 11042. Telephone: (516) 488-5996.

If you dispute the findings of this audit, you must respond within fourteen (14) days of the date of this letter by submitting detailed exceptions to Abrams, Herde and Merkel, CPAs at the address listed above. Your exceptions will be reviewed and a response given to you shortly thereafter. At that point, immediate payment of any delinquencies will be required.

If you do not have the ability for an immediate payment and need a payment plan, please contact Steven C. Kasarda Esq. of the Legal Department of the Funds at (212) 366-7555. Please be aware that any payment plan is strictly subject to approval by the Delinquency Committee or the Board of Trustees.

If you fail to pay the delinquent fringe benefit contributions within fourteen (14) days from the date of this letter and have not submitted your exceptions to our CPAs within that time, the Funds may institute suit in Federal Court or commence an arbitration proceeding to collect the amount due and the additional damages to which they are entitled under the Employee Retirement Income Security Act, including (i) liquidated damages, (ii) interest imposed by statute, (iii) attorney's fees, and (iv) court costs. Also, the Funds may seize without further notice to you any surety your company may have posted, in which event your company may no longer be in compliance with its existing contract.

**Also, The New York District Council Will Be Notified And Advised To Take Further Action.**

Very truly yours,

Stuart R. GraBois,
Executive Director

cc:   Abrams, Herde and Merkel, CPAs   D. Meehan
      Steven C. Kasarda Esq.           P. Giudice

442

## ABRAMS, HERDE AND MERKEL, LLP
### CERTIFIED PUBLIC ACCOUNTANTS

59 EAST 54TH STREET
NEW YORK, NEW YORK 10022

TELEPHONE
(212) 759-4949
(516) 488-5996
FAX (212) 753-6374

### INDEPENDENT ACCOUNTANT'S REPORT
### ON APPLYING AGREED-UPON PROCEDURES

Board of Trustees
New York District Council of Carpenters
Benefit Funds
395 Hudson Street
New York, New York 10014

Re: Dartz & Matz Inc.
99 Grand Street, Suite 18
Moonachie, NJ 07074
Audit# (06-0259)
Employer No:    17898
Period of Audit: 04/09/06-09/09/06

We have performed certain procedures which were agreed to by the management of the New York District Council of Carpenters Benefit Funds solely to assist you with respect to determining whether employer's contributions provided by the above referenced company (the Employer) on behalf of Funds' participants for the period April 09, 2006 through September 09, 2006 were made in accordance with collective bargaining agreements.   This engagement to apply agreed-upon procedures was performed in accordance with standards established by the American Institute of Certified Public Accountants.   The sufficiency of the procedures is solely the responsibility of the specified users of the report.  Consequently, we make no representation regarding the sufficiency of the procedures either for the purpose for which this report has been requested or for any other purpose.

These agreed-upon procedures do not constitute an audit or review of the Employer's financial statements or any part thereof, the objective of which is the expression of an opinion or limited assurance on the financial statements or part thereof.  Accordingly, we do not express such an opinion or limited assurance.  Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for your use and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

Our procedures and findings are noted on the accompanying schedules.

*Abrams, Herde and Merkel LLP*

New York, New York
November 7, 2006

| | | | |
|---|---|---|---|
| **Union Name :** | NYDCC | **Fed ID # :** | 721613678 |
| **Employer :** | DARTZ AND MATZ INCORPORATED | | |
| **Telephone # :** | 201-728-9456 | **Fax # :** | 201-832-6823 |
| **Account Types :** | 1/P | | |
| **Account # :** | 17898 | | |

**Audit Period :**    From:    04/09/2006    To:    09/09/2006

**Employer Contact  (Position) :**    JARED H. MATHUSEK    (PRESIDENT)

**Appointment Address :**    99 GRAND STREET, SUITE 18, MOONACHIE, NJ 07074

**Employer Current Address :**    99 GRAND STREET, SUITE 18, MOONACHIE, NJ 07074

**Employer Mailing Address :**    99 GRAND STREET, SUITE 18, MOONACHIE, NJ 07074

**Email Address :**    jared@dartzandmatz.com

**Principal    (Position):**    JARED H. MATHUSEK    (PRESIDENT)

**All Field Work Dates :**    9/14/2006

**Date Handed In For Review :**    10/25/2006

**Auditors Name :**    KEITH CHUHRAN

**Total Deficiency :**    $ 41,397.00

**Items Used To Complete This Audit**

**Type Of Payroll Viewed :**    In-house computerized

| | | | |
|---|---|---|---|
| **Quarterly Taxes** | YES | **Shop Steward Reports** | YES |
| **W2's** | SEE NOTES | **General Ledger** | YES |
| **Cash Disbursements Journal** | YES | **Other Trade Reports** | NO |
| **Are there any shortage claims filed for report dated  10/27/2006** | | | YES |
| **If yes are all hours included in audit?** | | | YES |

**Exit Interview:**

**Audit Results Discussed With:**    JARED H. MATHUSEK    (PRESIDENT)

**Date:**    09/14/2006    **Agreed to findings?**    NO

**Audit Notes:**

Reason For Audit:    BEHIND IN BENEFITS

SELECTED PROCEDURES, BOOKS AND RECORDS EXAMINED:
(FULL DETAILS OF PROCEDURES ARE INDICATED ON OUR WORK PROGRAM):
A. Gross wages reported in payroll recordscompared to 941, NYS-45-ATT, W-2, WR-30, and NJ 927 Totals.
B. Wage rates in earnings records compared to union wages schedules.
C. Compared total payroll hours with total direct contributions.
D. Examined cash disbursements journal and general ledgerfor transfers to related companies, non-payroll disbursements to participants, and non-union sub-contractors.
E. Payroll records compared to Shop Steward Reports

COMMENTS:
Reason for the audit: Behind in Benefits

Audited hours were obtained from in-house quarterly earning records listing all rates and deductions.

After examining employer's books and records, this audit resulted in findings of 7 hours insufficient benefit purchases and 1057 hours for non-union sub-contracting from the cash disbursements journal as indicated on the "NYDCC Analysis of Findings" page. Cash disbursement findings pertain to two subcontractors; B.A.C Flooring and JP Flooring.

Analysis of the shop steward reports resulted in no findings.

This Employer remitted benefit contributions prior to becoming a signatory with the NYDCC Benefit Funds. Company became union on 4/17/2006 but made benefit payments for weeks ending 4/09/2006 and 4/16/2006. As a result, this audit was extended to begin 4/09/2006.

Because this a partial year audit, W2's were not available for review.

Audit was conducted at Employer's office at 99 Grand Street, Suite 18, Moonachie, NJ 07074.

The Promo Fund was properly funded for the audit period.

For week ending 6/11/2006, there were benefit shortage claims filed by Kevin Drennan (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) for 21 hours as of the report dated 10/27/2006. These hours were included in the audit.

This company has a payment plan for weeks ending 4/30/2006 thru 8/6/2006. Hours for weeks ending 4/30/2006 thru 6/04/2006 have already been included in the "NYDCC Purchase Analysis" page. Hours for weeks ending 6/11/2006 thru 08/06/2006 have been included in the audit as "payment plan hours". A copy of the payment plan has been included in the auditfile.

The over/under account has a balance of 18,746.92 for the audit period. This amount pertain to payments made toward the payment plan.

An exit interview was conducted by auditor with Jared Mathusek, President, where all findings were discussed.

Jared Mathusek admitted that B.A.C. Flooring and J.P. Flooring were non-union subcontractors, who were contracted before Dartz & Matz signed on with the NYDCC. Jared did not have formal invoices describing job locations, type of work, or the time frame in which work performed. He claimed that all the work was agreed on with a handshake and all details were kept in a notebook. Jared also stated that B.A.C Flooring currently does "selling" for Dartz & Matz. Mr. Mathusek was given numerous opportunities to provide supporting documentation indicating the location and the type of work, however, these records were never provided.


BANKING INFORMATION

Bank of America
Account # 003810442512 (operating)
Account # 003810442525 (payroll)

# NEW YORK DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS

11/3/2006

| | |
|---|---|
| **Employer** | DARTZ AND MATZ INCORPORATED |
| **Address** | 99 GRAND STREET, SUITE 18, MOONACHIE, NJ 07074 |
| **Mail Recap To** | 99 GRAND STREET, SUITE 18, MOONACHIE, NJ 07074 |

| | | | |
|---|---|---|---|
| **Telephone #** | 201-728-9456 | **Fax #** | 201-832-6823 |
| **Email Address** | jared@dartzandmatz.com | | |
| **Contact** | JARED H. MATHUSEK | **Position** | PRESIDENT |
| **Principal** | JARED H. MATHUSEK | **Position** | PRESIDENT |
| **Audit Period** | 04/09/2006  - 09/09/2006 | **Account(s)** | 1/P      17898 |

**Agreement**

Independent Resilient Floor (With compliance)

**Periods**

04/17/2006  To   06/30/2006

**Surety Information**

$ 10,000.00   Escrow

04/17/2006  To

| Fringe Benefits Due | | |
|---|---|---|
| **Principal** | $ | 33,310.43 |
| **Interest thru 11/03/2006** | | 1,342.78 |
| **Late Payment Interest** | | 81.70 |
| **Sub Total (if paid within 14 days)** | | 34,734.91 |
| **20% Delinquency Assessment** | | 6,662.09 |
| **Total Due (if paid after 14 days)** | $ | 41,397.00 |

| Promotional Fund | | |
|---|---|---|
| Resilient Floor Coverers Promo Fund | | |
| **Adjusted Due** | $ | 372.40 |
| **Balance Due-Current Audit** | $ | 372.40 |

# NYDCC   ANALYSIS OF FINDINGS

**11/3/2006**

| | | |
|---|---|---|
| **Employer** | DARTZ AND MATZ INCORPORATED | |
| **Audit Period** | 04/09/2006   To   09/09/2006 | |
| **Account #** | 17898 | |

| | Hours | Principal | Account | Period | % |
|---|---|---|---|---|---|
| Cash Disbursements | 669.00 | 20,484.78 | Journey | 2006/1st half | 61.50 |
| Insufficient Benefit Purchases | 7.00 | 227.29 | Journey | 2006/2nd half | 0.68 |
| Cash Disbursements | 388.00 | 12,598.36 | Journey | 2006/2nd half | 37.82 |

| | | |
|---|---|---|
| **Total Principal Due** | $ | 33,310.43 |
| **Less On Account Money** | | 0.00 |
| **Net Principal Due** | | 33,310.43 |
| **Interest Due** | | 1,342.78 |
| **Delinquency Assessment** | | 6,662.09 |
| **Total Due** | $ | 41,315.30 |

# NYDCC PURCHASE ANALYSIS

## DARTZ AND MATZ INCORPORATED
### Account #17898
### From 04/09/2006 To 09/09/2006

11/3/2006

| Group Number | Work Period | Deposit Date | Reported Hours | Days Late | Late Interest Due |
|---|---|---|---|---|---|
| **111** | | | | | |
| 111 | 04/09/2006 | 05/09/2006 | 35.00 | 30.00 | 9.03 |
| 111 | 04/16/2006 | 05/09/2006 | 84.00 | 23.00 | 16.61 |
| 111 | 04/23/2006 | 06/15/2006 | 123.00 | 53.00 | 56.06 |
| 111 | 04/30/2006 | 09/14/2006 | 129.00 | 0.00 | 0.00 |
| 111 | 05/07/2006 | 09/14/2006 | 118.50 | 0.00 | 0.00 |
| 111 | 05/14/2006 | 09/14/2006 | 21.00 | 0.00 | 0.00 |
| 111 | 05/21/2006 | 09/14/2006 | 32.00 | 0.00 | 0.00 |
| 111 | 05/28/2006 | 10/13/2006 | 112.00 | 0.00 | 0.00 |
| 111 | 06/04/2006 | 10/13/2006 | 165.00 | 0.00 | 0.00 |
| 111 | 08/12/2006 | 08/24/2006 | 21.00 | 0.00 | 0.00 |
| 111 | 08/19/2006 | 08/24/2006 | 21.00 | 0.00 | 0.00 |
| 111 | 08/26/2006 | 08/31/2006 | 21.00 | 0.00 | 0.00 |
| 111 | 09/02/2006 | 09/07/2006 | 21.00 | 0.00 | 0.00 |
| 111 | 09/09/2006 | 09/14/2006 | 21.00 | 0.00 | 0.00 |
| Totals for group number 111 ===> | | | 924.50 | | 81.70 |
| Total Late Interest Due : | | | 924.50 | $ | 81.70 |

# NYDCC FRINGE BENEFIT DEFICIENCY HOURLY REPORT

11/3/2006

DARTZ AND MATZ INCORPORATED
Account #17898
From 04/09/2006 To 09/09/2006

| Week Ending | SSN | Name | Hours PR | Hours Out of Juris | Hours Shop Steward | Hours Total Audited | Hours Funded Benefits | Difference | Pymt Plan | Revision | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/11/2006 | 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 | COCOZZELLO*FRANK | 28.00 | 0.00 | 0.00 | 28.00 | 0.00 | 28.00 | -28.00 | 0.00 | 0.00 |
| 06/11/2006 | 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 | DRENNAN,KEVIN | 21.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | -21.00 | 0.00 | 0.00 |
| 06/11/2006 | 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 | LORA*ALFONSO | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| 06/11/2006 | 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 | LOUIS,JOHN | 21.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | -21.00 | 0.00 | 0.00 |
| 06/11/2006 | 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 | MATTA,LUIS M | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| 06/18/2006 | 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 | COCOZZELLO*FRANK | 37.50 | 0.00 | 0.00 | 37.50 | 0.00 | 37.50 | -37.50 | 0.00 | 0.00 |
| 06/18/2006 | 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 | JACKSON*DECORDAV. | 11.00 | 0.00 | 0.00 | 11.00 | 0.00 | 11.00 | -11.00 | 0.00 | 0.00 |
| 06/18/2006 | 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 | LORA*ALFONSO | 28.00 | 0.00 | 0.00 | 28.00 | 0.00 | 28.00 | -28.00 | 0.00 | 0.00 |
| 06/18/2006 | 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 | LOUIS,JOHN | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 | -3.00 | 0.00 | 0.00 |
| 06/18/2006 | 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 | MATTA,LUIS M | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| 06/18/2006 | 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 | PAREDES,SEGUND | 26.50 | 0.00 | 0.00 | 26.50 | 0.00 | 26.50 | -26.50 | 0.00 | 0.00 |
| 06/18/2006 | 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 | STAUDER*DREW | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 7.00 | -7.00 | 0.00 | 0.00 |
| 06/25/2006 | 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 | COCOZZELLO*FRANK | 28.00 | 0.00 | 0.00 | 28.00 | 0.00 | 28.00 | -28.00 | 0.00 | 0.00 |
| 07/02/2006 | 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 | COCOZZELLO*FRANK | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 | -25.00 | 0.00 | 0.00 |
| 07/16/2006 | 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 | STAUDER*DREW | 9.50 | 0.00 | 0.00 | 9.50 | 0.00 | 9.50 | -9.50 | 0.00 | 0.00 |
| 07/23/2006 | 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 | LORA*ALFONSO | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| 07/23/2006 | 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 | MATTA,LUIS M | 23.00 | 0.00 | 0.00 | 23.00 | 0.00 | 23.00 | -23.00 | 0.00 | 0.00 |
| 07/30/2006 | 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 | LORA*ALFONSO | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| 07/30/2006 | 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 | MATTA,LUIS M | 40.50 | 0.00 | 0.00 | 40.50 | 0.00 | 40.50 | -40.50 | 0.00 | 0.00 |
| 08/06/2006 | 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 | LORA*ALFONSO | 21.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | -21.00 | 0.00 | 0.00 |
| 08/12/2006 | 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 | KENEALY JR.,THOMAS | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 |
| Totals for group number 111 ===> | | | 512.00 | 0.00 | 0.00 | 512.00 | 0.00 | 512.00 | -505.00 | 0.00 | |
| Report Totals ===> | | | 512.00 | 0.00 | 0.00 | 512.00 | 0.00 | 512.00 | -505.00 | 0.00 | |

APPENDIX A

# NYDCC  FRINGE BENEFIT DEFICIENCY

11/3/2006

### DARTZ AND MATZ INCORPORATED
Account #17898
From 04/09/2006 To 09/09/2006

| Week Ending | SSN | Name | Group Number | Total Hours | Fringe Rate | Fringes Due | Interest @10.25% | Total Amt Due |
|---|---|---|---|---|---|---|---|---|
| 08/12/2006 | 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 | KENEALY JR.,THOMAS | 111 | 7.00 | 32.47 | 227.29 | 5.30 | 232.59 |
| Totals for Group Number 111 ===> | | | | 7.00 | | 227.29 | 5.30 | 232.59 |
| Grand Totals ===> | | | | 7.00 | | 227.29 | 5.30 | 232.59 |

Page 1 of 1

# NYDCC Quarterly Report

**DARTZ AND MATZ INCORPORATED**
Account #17898
From 04/09/2006 To 09/09/2006

11/3/2006

| Name | Quarter Ending | SSN | Group Number | PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COCOZZELLO*FRANK | 2006/2nd | 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 | 111 | 339.50 | 0.00 | 0.00 | 339.50 | 246.00 | -93.50 | 0.00 | 0.00 |
| COCOZZELLO*FRANK | 2006/3rd | 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 | 111 | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | -25.00 | 0.00 | 0.00 |
| **** | | | | **364.50** | **0.00** | **0.00** | **364.50** | **246.00** | **-118.50** | **0.00** | **0.00** |
| DRENNAN,KEVIN | 2006/2nd | 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 | 111 | 86.00 | 0.00 | 0.00 | 86.00 | 65.00 | -21.00 | 0.00 | 0.00 |
| **** | | | | **86.00** | **0.00** | **0.00** | **86.00** | **65.00** | **-21.00** | **0.00** | **0.00** |
| HOLMGREN,GEORGE | 2006/2nd | 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 | 111 | 65.00 | 0.00 | 0.00 | 65.00 | 65.00 | 0.00 | 0.00 | 0.00 |
| **** | | | | **65.00** | **0.00** | **0.00** | **65.00** | **65.00** | **0.00** | **0.00** | **0.00** |
| JACKSON*DECORDAVA D | 2006/2nd | 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 | 111 | 149.00 | 0.00 | 0.00 | 149.00 | 138.00 | -11.00 | 0.00 | 0.00 |
| **** | | | | **149.00** | **0.00** | **0.00** | **149.00** | **138.00** | **-11.00** | **0.00** | **0.00** |
| KENEALY JR.,THOMAS | 2006/2nd | 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 | 111 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KENEALY JR.,THOMAS | 2006/3rd | 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 | 111 | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **** | | | | **7.00** | **0.00** | **0.00** | **7.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| LORA*ALFONSO | 2006/2nd | 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 | 111 | 112.00 | 0.00 | 0.00 | 112.00 | 49.00 | -63.00 | 0.00 | 0.00 |
| LORA*ALFONSO | 2006/3rd | 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 | 111 | 196.00 | 0.00 | 0.00 | 196.00 | 105.00 | -91.00 | 0.00 | 0.00 |
| **** | | | | **308.00** | **0.00** | **0.00** | **308.00** | **154.00** | **-154.00** | **0.00** | **0.00** |
| LOUIS,JOHN | 2006/2nd | 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 | 111 | 44.00 | 0.00 | 0.00 | 44.00 | 20.00 | -24.00 | 0.00 | 0.00 |
| **** | | | | **44.00** | **0.00** | **0.00** | **44.00** | **20.00** | **-24.00** | **0.00** | **0.00** |
| MATTA,LUIS M | 2006/2nd | 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 | 111 | 119.00 | 0.00 | 0.00 | 119.00 | 49.00 | -70.00 | 0.00 | 0.00 |
| MATTA,LUIS M | 2006/3rd | 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 | 111 | 63.50 | 0.00 | 0.00 | 63.50 | 0.00 | -63.50 | 0.00 | 0.00 |
| **** | | | | **182.50** | **0.00** | **0.00** | **182.50** | **49.00** | **-133.50** | **0.00** | **0.00** |
| MELTON*CHRISTOPHER | 2006/2nd | 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 | 111 | 31.00 | 0.00 | 0.00 | 31.00 | 31.00 | 0.00 | 0.00 | 0.00 |
| **** | | | | **31.00** | **0.00** | **0.00** | **31.00** | **31.00** | **0.00** | **0.00** | **0.00** |
| PAREDES,SEGUND | 2006/2nd | 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 | 111 | 26.50 | 0.00 | 0.00 | 26.50 | 0.00 | -26.50 | 0.00 | 0.00 |
| **** | | | | **26.50** | **0.00** | **0.00** | **26.50** | **0.00** | **-26.50** | **0.00** | **0.00** |
| STAUDER*DREW | 2006/2nd | 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 | 111 | 163.50 | 0.00 | 0.00 | 163.50 | 156.50 | -7.00 | 0.00 | 0.00 |
| STAUDER*DREW | 2006/3rd | 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 | 111 | 9.50 | 0.00 | 0.00 | 9.50 | 0.00 | -9.50 | 0.00 | 0.00 |
| **** | | | | **173.00** | **0.00** | **0.00** | **173.00** | **156.50** | **-16.50** | **0.00** | **0.00** |
| | | | | 1,436.50 | 0.00 | 0.00 | 1,436.50 | 924.50 | -505.00 | 0.00 | 7.00 |

Page 1 of 1

11/3/2006

# NYDCC  AUDIT HOURS BY WEEK ENDING DATE

**DARTZ AND MATZ INCORPORATED**
Account #17898
From 04/09/2006 To 09/09/2006

| Group Number | SSN | Name | Hours PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | Adjusted Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **04/09/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | JACKSON*DECORDAVA D | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | STAUDER*DREW | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **04/16/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | LORA*ALFONSO | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | STAUDER*DREW | 42.00 | 0.00 | 0.00 | 42.00 | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **04/23/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 49.00 | 0.00 | 0.00 | 49.00 | 49.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | JACKSON*DECORDAVA D | 25.00 | 0.00 | 0.00 | 25.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | STAUDER*DREW | 49.00 | 0.00 | 0.00 | 49.00 | 49.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **04/30/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 49.00 | 0.00 | 0.00 | 49.00 | 49.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | JACKSON*DECORDAVA D | 31.00 | 0.00 | 0.00 | 31.00 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | STAUDER*DREW | 49.00 | 0.00 | 0.00 | 49.00 | 49.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **05/07/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 26.00 | 0.00 | 0.00 | 26.00 | 26.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | JACKSON*DECORDAVA D | 36.00 | 0.00 | 0.00 | 36.00 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | LORA*ALFONSO | 8.00 | 0.00 | 0.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | MATTA,LUIS M | 15.00 | 0.00 | 0.00 | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | MELTON*CHRISTOPHER | 24.00 | 0.00 | 0.00 | 24.00 | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | STAUDER*DREW | 9.50 | 0.00 | 0.00 | 9.50 | 9.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| **05/14/2006** | | | | | | | | | | | |
| 111 | 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 | JACKSON*DECORDAVA D | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | MELTON*CHRISTOPHER | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **05/21/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | HOLMGREN,GEORGE | 7.00 | 0.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Page 1 of 3

11/3/2006

## DARTZ AND MATZ INCORPORATED
### Account #17898
### From 04/09/2006 To 09/09/2006

| Group Number | SSN | Name | Hours | | | | | | | | Adjusted Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | |
| 111 | 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 | JACKSON*DECORDAVA D | 18.00 | 0.00 | 0.00 | 18.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **05/28/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | DRENNAN,KEVIN | 35.00 | 0.00 | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | HOLMGREN,GEORGE | 28.00 | 0.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | LORA*ALFONSO | 14.00 | 0.00 | 0.00 | 14.00 | 14.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **06/04/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 31.00 | 0.00 | 0.00 | 31.00 | 31.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | DRENNAN,KEVIN | 30.00 | 0.00 | 0.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | HOLMGREN,GEORGE | 30.00 | 0.00 | 0.00 | 30.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | LORA*ALFONSO | 20.00 | 0.00 | 0.00 | 20.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | LOUIS,JOHN | 20.00 | 0.00 | 0.00 | 20.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | MATTA,LUIS M | 34.00 | 0.00 | 0.00 | 34.00 | 34.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **06/11/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 28.00 | 0.00 | 0.00 | 28.00 | 0.00 | 28.00 | -28.00 | 0.00 | 0.00 |
| 111 | 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 | DRENNAN,KEVIN | 21.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | -21.00 | 0.00 | 0.00 |
| 111 | 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 | LORA*ALFONSO | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| 111 | 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 | LOUIS,JOHN | 21.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | -21.00 | 0.00 | 0.00 |
| 111 | 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 | MATTA,LUIS M | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| **06/18/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 37.50 | 0.00 | 0.00 | 37.50 | 0.00 | 37.50 | -37.50 | 0.00 | 0.00 |
| 111 | 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 | JACKSON*DECORDAVA D | 11.00 | 0.00 | 0.00 | 11.00 | 0.00 | 11.00 | -11.00 | 0.00 | 0.00 |
| 111 | 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 | LORA*ALFONSO | 28.00 | 0.00 | 0.00 | 28.00 | 0.00 | 28.00 | -28.00 | 0.00 | 0.00 |
| 111 | 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 | LOUIS,JOHN | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 | -3.00 | 0.00 | 0.00 |
| 111 | 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 | MATTA,LUIS M | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| 111 | 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 | PAREDES,SEGUND | 26.50 | 0.00 | 0.00 | 26.50 | 0.00 | 26.50 | -26.50 | 0.00 | 0.00 |
| 111 | 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 | STAUDER*DREW | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 7.00 | -7.00 | 0.00 | 0.00 |
| **06/25/2006** | | | | | | | | | | | |
| 111 | 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 | COCOZZELLO*FRANK | 28.00 | 0.00 | 0.00 | 28.00 | 0.00 | 28.00 | -28.00 | 0.00 | 0.00 |
| **07/02/2006** | | | | | | | | | | | |

11/3/2006

## DARTZ AND MATZ INCORPORATED
### Account #17898
### From 04/09/2006 To 09/09/2006

| Group Number | SSN | Name | Hours | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | PR | Out of Juris | Shop Steward | Total Audited | Funded Benefits | Difference | Pymt Plan | Revisions | Adjusted Total |
| 111 | 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 | COCOZZELLO*FRANK | 25.00 | 0.00 | 0.00 | 25.00 | 0.00 | 25.00 | -25.00 | 0.00 | 0.00 |
| **07/16/2006** | | | | | | | | | | | |
| 111 | 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 | STAUDER*DREW | 9.50 | 0.00 | 0.00 | 9.50 | 0.00 | 9.50 | -9.50 | 0.00 | 0.00 |
| **07/23/2006** | | | | | | | | | | | |
| 111 | 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 | LORA*ALFONSO | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| 111 | 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 | MATTA,LUIS M | 23.00 | 0.00 | 0.00 | 23.00 | 0.00 | 23.00 | -23.00 | 0.00 | 0.00 |
| **07/30/2006** | | | | | | | | | | | |
| 111 | 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 | LORA*ALFONSO | 35.00 | 0.00 | 0.00 | 35.00 | 0.00 | 35.00 | -35.00 | 0.00 | 0.00 |
| 111 | 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 | MATTA,LUIS M | 40.50 | 0.00 | 0.00 | 40.50 | 0.00 | 40.50 | -40.50 | 0.00 | 0.00 |
| **08/06/2006** | | | | | | | | | | | |
| 111 | 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 | LORA*ALFONSO | 21.00 | 0.00 | 0.00 | 21.00 | 0.00 | 21.00 | -21.00 | 0.00 | 0.00 |
| **08/12/2006** | | | | | | | | | | | |
| 111 | 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 | KENEALY JR.,THOMAS | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 |
| 111 | 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 | LORA*ALFONSO | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **08/19/2006** | | | | | | | | | | | |
| 111 | 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 | LORA*ALFONSO | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **08/26/2006** | | | | | | | | | | | |
| 111 | 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 | LORA*ALFONSO | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **09/02/2006** | | | | | | | | | | | |
| 111 | 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 | LORA*ALFONSO | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **09/09/2006** | | | | | | | | | | | |
| 111 | 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 | LORA*ALFONSO | 21.00 | 0.00 | 0.00 | 21.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 1,436.50 | 0.00 | 0.00 | 1,436.50 | 924.50 | 512.00 | -505.00 | 0.00 | 7.00 |

# CASH DISBURSEMENTS

## DARTZ AND MATZ INCORPORATED
### Account #17898
### From 04/09/2006 To 09/09/2006

11/3/2006

### B.A.C FLOORING

| Date | Check # | Group Number | Amount | Labor % | Wage Rate | Hours | Fringe Rate | Fringes Due | Interest @ 10.25% | Total Due |
|------|---------|--------------|--------|---------|-----------|-------|-------------|-------------|-------------------|-----------|
| 04/14/2006 | 1011 | 111 | $516.00 | 33.30 | 40.25 | 4.00 | 30.62 | $122.48 | $6.98 | $129.46 |
| 04/14/2006 | 1012 | 111 | 5,600.00 | 33.30 | 40.25 | 46.00 | 30.62 | 1,408.52 | 80.30 | 1,488.82 |
| 04/21/2006 | 1017 | 111 | 2,650.00 | 33.30 | 40.25 | 22.00 | 30.62 | 673.64 | 37.08 | 710.72 |
| 05/05/2006 | 1031 | 111 | 3,640.00 | 33.30 | 40.25 | 30.00 | 30.62 | 918.60 | 46.95 | 965.55 |
| 05/12/2006 | 1037 | 111 | 640.00 | 33.30 | 40.25 | 5.00 | 30.62 | 153.10 | 7.52 | 160.62 |
| 05/15/2006 | 1038 | 111 | 1,920.00 | 33.30 | 40.25 | 16.00 | 30.62 | 489.92 | 23.66 | 513.58 |
| 05/18/2006 | 1044 | 111 | 1,772.00 | 33.30 | 40.25 | 15.00 | 30.62 | 459.30 | 21.80 | 481.10 |
| 05/18/2006 | 1043 | 111 | 500.00 | 33.30 | 40.25 | 4.00 | 30.62 | 122.48 | 5.81 | 128.29 |
| 05/25/2006 | 1060 | 111 | 3,286.00 | 33.30 | 40.25 | 27.00 | 30.62 | 826.74 | 37.61 | 864.35 |
| 06/01/2006 | 1071 | 111 | 2,010.00 | 33.30 | 40.25 | 17.00 | 30.62 | 520.54 | 22.66 | 543.20 |
| 06/01/2006 | 1070 | 111 | 1,569.75 | 33.30 | 40.25 | 13.00 | 30.62 | 398.06 | 17.33 | 415.39 |
| 06/08/2006 | 1074 | 111 | 1,728.00 | 33.30 | 40.25 | 14.00 | 30.62 | 428.68 | 17.82 | 446.50 |
| 06/12/2006 | 1081 | 111 | 2,109.00 | 33.30 | 40.25 | 17.00 | 30.62 | 520.54 | 21.05 | 541.59 |
| 06/21/2006 | 1092 | 111 | 1,980.00 | 33.30 | 40.25 | 16.00 | 30.62 | 489.92 | 18.57 | 508.49 |
| 06/21/2006 | 1093 | 111 | 480.00 | 33.30 | 40.25 | 4.00 | 30.62 | 122.48 | 4.64 | 127.12 |
| 06/21/2006 | 1095 | 111 | 320.00 | 33.30 | 40.25 | 3.00 | 30.62 | 91.86 | 3.48 | 95.34 |
| 06/23/2006 | 1100 | 111 | 3,400.00 | 33.30 | 40.25 | 28.00 | 30.62 | 857.36 | 32.02 | 889.38 |
| 06/29/2006 | 1109 | 111 | 1,905.00 | 33.30 | 40.25 | 16.00 | 30.62 | 489.92 | 17.47 | 507.39 |
| 06/29/2006 | 1108 | 111 | 2,990.00 | 33.30 | 40.25 | 25.00 | 30.62 | 765.50 | 27.30 | 792.80 |
| 06/30/2006 | 1111 | 111 | 5,000.00 | 33.30 | 40.25 | 41.00 | 30.62 | 1,255.42 | 44.42 | 1,299.84 |
| 06/30/2006 | 1110 | 111 | 5,000.00 | 33.30 | 40.25 | 41.00 | 30.62 | 1,255.42 | 44.42 | 1,299.84 |
| 07/06/2006 | 1115 | 111 | 2,220.00 | 33.30 | 41.23 | 18.00 | 32.47 | 584.46 | 19.70 | 604.16 |
| 07/06/2006 | 1118 | 111 | 5,000.00 | 33.30 | 41.23 | 40.00 | 32.47 | 1,298.80 | 43.77 | 1,342.57 |
| 07/06/2006 | 1119 | 111 | 3,000.00 | 33.30 | 41.23 | 24.00 | 32.47 | 779.28 | 26.26 | 805.54 |
| 07/06/2006 | 1120 | 111 | 8,000.00 | 33.30 | 41.23 | 65.00 | 32.47 | 2,110.55 | 71.12 | 2,181.67 |
| 07/06/2006 | 1121 | 111 | 1,350.00 | 33.30 | 41.23 | 11.00 | 32.47 | 357.17 | 12.04 | 369.21 |
| 07/06/2006 | 1117 | 111 | 5,000.00 | 33.30 | 41.23 | 40.00 | 32.47 | 1,298.80 | 43.77 | 1,342.57 |

11/3/2006

## DARTZ AND MATZ INCORPORATED
### Account #17898
### From 04/09/2006 To 09/09/2006

| Date | Check # | Group Number | Amount | Labor % | Wage Rate | Hours | Fringe Rate | Fringes Due | Interest @ 10.25% | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/07/2006 | 1122 | 111 | 3,500.00 | 33.30 | 41.23 | 28.00 | 32.47 | 909.16 | 30.38 | 939.54 |
| 07/11/2006 | 1150 | 111 | 7,390.00 | 33.30 | 41.23 | 60.00 | 32.47 | 1,948.20 | 62.92 | 2,011.12 |
| 07/13/2006 | 1144 | 111 | 635.00 | 33.30 | 41.23 | 5.00 | 32.47 | 162.35 | 5.15 | 167.50 |
| 07/13/2006 | 1146 | 111 | 1,376.00 | 33.30 | 41.23 | 11.00 | 32.47 | 357.17 | 11.33 | 368.50 |
| 07/13/2006 | 1145 | 111 | 340.00 | 33.30 | 41.23 | 3.00 | 32.47 | 97.41 | 3.09 | 100.50 |
| 07/15/2006 | 1143 | 111 | 375.00 | 33.30 | 41.23 | 3.00 | 32.47 | 97.41 | 3.04 | 100.45 |
| 07/18/2006 | 1153 | 111 | 4,000.00 | 33.30 | 41.23 | 32.00 | 32.47 | 1,039.04 | 31.51 | 1,070.55 |
| 07/19/2006 | 1154 | 111 | 600.00 | 33.30 | 41.23 | 5.00 | 32.47 | 162.35 | 4.88 | 167.23 |
| 08/09/2006 | 1203 | 111 | 560.00 | 33.30 | 41.23 | 5.00 | 32.47 | 162.35 | 3.92 | 166.27 |
| 08/17/2006 | 1209 | 111 | 1,451.36 | 33.30 | 41.23 | 12.00 | 32.47 | 389.64 | 8.53 | 398.17 |
| 08/24/2006 | 1212 | 111 | 783.37 | 33.30 | 41.23 | 6.00 | 32.47 | 194.82 | 3.88 | 198.70 |
| 08/31/2006 | 1216 | 111 | 577.22 | 33.30 | 41.23 | 5.00 | 32.47 | 162.35 | 2.92 | 165.27 |
| 09/08/2006 | 1221 | 111 | 948.29 | 33.30 | 41.23 | 8.00 | 32.47 | 259.76 | 4.08 | 263.84 |
| Sub Total | | | 96,121.99 | | | 785.00 | | 24,741.55 | 931.20 | 25,672.75 |
| **J.P. FLOORING** | | | | | | | | | | |
| 04/11/2006 | 1002 | 111 | 11,210.00 | 33.30 | 40.25 | 93.00 | 30.62 | 2,847.66 | 164.74 | 3,012.40 |
| 05/11/2006 | 1036 | 111 | 8,000.00 | 33.30 | 40.25 | 66.00 | 30.62 | 2,020.92 | 99.88 | 2,120.80 |
| 06/07/2006 | 1078 | 111 | 7,300.00 | 33.30 | 40.25 | 60.00 | 30.62 | 1,837.20 | 76.87 | 1,914.07 |
| 06/08/2006 | 1079 | 111 | 5,555.00 | 33.30 | 40.25 | 46.00 | 30.62 | 1,408.52 | 58.54 | 1,467.06 |
| 07/28/2006 | 1184 | 111 | 280.00 | 33.30 | 41.23 | 2.00 | 32.47 | 64.94 | 1.79 | 66.73 |
| 07/28/2006 | 1185 | 111 | 608.00 | 33.30 | 41.23 | 5.00 | 32.47 | 162.35 | 4.47 | 166.82 |
| Sub Total | | | 32,953.00 | | | 272.00 | | 8,341.59 | 406.29 | 8,747.88 |
| Grand Totals : | | | $129,074.99 | | | 1,058.44 | | $33,083.14 | $1,337.49 | $34,420.63 |

# NYDCC  PROMOTIONAL FUND CALCULATION

Employer    DARTZ AND MATZ INCORPORATED      11/3/2006

Account #    17898

| Period | Promo Type | Rate / Hour | Hours | | | Amount Due |
|---|---|---|---|---|---|---|
| Promotional Fund | | | Deficiency | Unpaid | Total | |
| Resilient Floor Coverers Promo Fund | | | | | | |
| 07/01/2006 To 09/09/2006 | Resilient Floor Coverers Promo Fund | 0.35 | 395.00 | 0.00 | 395.00 | $ 138.25 |
| 04/01/2006 To 06/30/2006 | Resilient Floor Coverers Promo Fund | 0.35 | 669.00 | 0.00 | 669.00 | 234.15 |
| Sub totals for Resilient Floor Coverers Promo Fund | | | 1,064.00 | 0.00 | 1,064.00 | 372.40 |
| | | | | | SUBTOTAL | 372.40 |
| | | | | | ON ACCOUNT | 0.00 |
| | | | | | TOTAL | $ 372.40 |

Page 1 of 1

PAYMENT PLAN 10/27/06

| Factor Member Name | Social Security | Local Union | Date Filed | Payroll Week From | To | Hours Submitted | Balance Due |
|---|---|---|---|---|---|---|---|
| NOVAKOVIC, DRAGOSLAV | 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 | 0157 | 05/03/2006 | 04/19/2006 - 04/25/2006 | | 35.00 | 35.00 |
| NOVAKOVIC, DRAGOSLAV | 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 | 0157 | 09/22/2006 | 04/26/2006 - 05/02/2006 | | 41.00 | 41.00 |
| NOVAKOVIC, DRAGOSLAV | 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 | 0157 | 09/22/2006 | 05/03/2006 - 05/09/2006 | | 53.00 | 53.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 02/08/2006 - 02/14/2006 | | 7.00 | 7.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 02/15/2006 - 02/21/2006 | | 7.00 | 7.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 02/22/2006 - 02/28/2006 | | 23.00 | 23.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 03/01/2006 - 03/07/2006 | | 30.00 | 30.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 03/08/2006 - 03/14/2006 | | 14.00 | 14.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 03/15/2006 - 03/21/2006 | | 35.00 | 35.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 03/22/2006 - 03/28/2006 | | 38.00 | 38.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 03/29/2006 - 04/04/2006 | | 41.00 | 41.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 04/05/2006 - 04/11/2006 | | 42.00 | 42.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 04/12/2006 - 04/18/2006 | | 35.00 | 35.00 |
| POKOJNY, KAROL | 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 | 0157 | 05/03/2006 | 04/19/2006 - 04/25/2006 | | 35.00 | 35.00 |
| POKOJNY, KAROL | 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 | 0157 | 09/22/2006 | 04/26/2006 - 05/02/2006 | | 39.00 | 39.00 |
| POKOJNY, KAROL | 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 | 0157 | 09/22/2006 | 05/03/2006 - 05/09/2006 | | 36.00 | 36.00 |
| POKOJNY, PETER P | 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 | 0045 | 01/26/2006 | 11/09/2005 - 11/15/2005 | | 40.00 | 40.00 |
| POKOJNY, PETER P | 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 | 0045 | 09/22/2006 | 04/26/2006 - 05/02/2006 | | 39.00 | 39.00 |
| ROMANO, FRANCESCO J | 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 | 0157 | 09/07/2006 | 03/29/2006 - 04/04/2006 | | 27.00 | 27.00 |
| ROMANO, FRANCESCO J | 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 | 0157 | 09/07/2006 | 04/05/2006 - 04/11/2006 | | 16.00 | 16.00 |
| ROMANO, FRANCESCO J | 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 | 0157 | 09/07/2006 | 04/12/2006 - 04/18/2006 | | 23.50 | 23.50 |
| ROMANO, FRANCESCO J | 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 | 0157 | 09/07/2006 | 04/19/2006 - 04/25/2006 | | 4.00 | 4.00 |
| | | | | | Subtotal: | 1056.50 | 1056.50 |
| **ARTZ AND MATZ INCORPORATED** | | **17898** | | | | | |
| DRENNAN, KEVIN | 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 | 2287 | 06/22/2006 | 06/05/2006 - 06/11/2006 | | 21.00 | 21.00 |
| | | | | | Subtotal: | 21.00 | 21.00 |
| **GATEWAY ACOUSTICS CORPORATION** | | **16746** | | | | | |
| ALIE, FRANCOIS | 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 | 0157 | 02/22/2006 | 11/16/2005 - 11/22/2005 | | 44.50 | 44.50 |
| ALLEYNE, MATTHEW | 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 | 0157 | 01/20/2006 | 11/30/2005 - 12/06/2005 | | 49.00 | 14.00 |
| ANDREU, CLAUDIO | 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 | NASS | 08/21/2006 | 12/14/2005 - 12/20/2005 | | 35.00 | 35.00 |
| ANDREU, CLAUDIO | 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 | NASS | 08/21/2006 | 12/21/2005 - 12/27/2005 | | 28.00 | 28.00 |
| BAKER, ALVIN L | 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 | 0608 | 03/07/2006 | 11/23/2005 - 11/29/2005 | | 24.00 | 24.00 |
| BAKER, ALVIN L | 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 | 0608 | 03/07/2006 | 12/07/2005 - 12/13/2005 | | 42.00 | 42.00 |
| BAKER, ALVIN L | 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 | 0608 | 03/07/2006 | 12/14/2005 - 12/20/2005 | | 52.50 | 52.50 |
| BLUNI, JOSEPH V | 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 | 0157 | 09/12/2006 | 11/09/2005 - 11/15/2005 | | 33.00 | 33.00 |
| BLUNI, JOSEPH V | 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 | 0157 | 09/12/2006 | 11/16/2005 - 11/22/2005 | | 35.00 | 35.00 |
| BLUNI, JOSEPH V | 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 | 0157 | 10/19/2006 | 07/05/2006 - 07/11/2006 | | 35.00 | 35.00 |
| BRADLEY, VERNON O | 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 | 0608 | 02/15/2006 | 11/23/2005 - 11/29/2005 | | 38.00 | 3.00 |
| CLARKE, CARSON W | 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 | 0157 | 02/15/2006 | 11/16/2005 - 11/22/2005 | | 42.00 | 42.00 |
| CLARKE, CARSON W | 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 | 0157 | 02/15/2006 | 11/23/2005 - 11/29/2005 | | 21.00 | 21.00 |
| CLARKE, CARSON W | 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 | 0157 | 02/15/2006 | 12/07/2005 - 12/13/2005 | | 35.00 | 35.00 |
| COLLETTI, ROBERT | 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 | 0157 | 04/10/2006 | 11/16/2005 - 11/22/2005 | | 35.00 | 35.00 |
| COLLETTI, ROBERT | 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 | 0157 | 04/10/2006 | 11/23/2005 - 11/29/2005 | | 24.00 | 3.00 |