# NEW YORK DISTRICT COUNCIL OF CARPENTERS

## BENEFIT FUNDS

**Stuart R. GraBois**
Executive Director

395 Hudson Street
New York, N.Y. 10014
Telephone: (212) 366-7300
Fax: (212) 366-7444

UNION TRUSTEES
Michael J. Forde, Chairman
Peter Thomassen
Denis Sheil
Lawrence D'Errico
John E. Greaney
Charles Harkin

MANAGEMENT TRUSTEES
Paul O'Brien, Co-Chairman
George Greco
Richard Harding
David T. Meberg
Kevin M. O'Callaghan
Joseph Olivieri

December 15, 2006

Dartz and Matz Incorporated
99 Grand Street; Suite 18
Moonachie, NJ 7074
Attn: Jared H. Mathusek, President

Re: Non-Payment of Delinquent Fringe Benefit Contributions
   Audit Period: 4/9/2006 - 9/9/2006
   Benefit Fund: $41,397
   Promotional Fund: $372.4
   Total Amount: $41,781.03
   Date Original Audit Billed: 11/30/2006
   Employer No: (17898)

Dear Mr. Mathusek:

This is to advise you that your delinquency for employee fringe benefits due and owing the New York District Council of Carpenters Benefit Funds (the "Funds") has been referred to the Legal Department of the Funds. Additional interest has been added and will continue to accrue at the *per diem* rate of $11.63.

Please forward a check in the amount stated above and made payable to "NYDCC Benefit Funds" to Steven C. Kasarda, Esq., New York City District Council of Carpenters Benefit Funds, 395 Hudson Street, New York, New York 10014-3695.

If you fail to pay the delinquency in full or make satisfactory arrangements for payment with the legal department within seven (7) days of the date hereon, the Funds may institute suit in Federal Court or commence an arbitration proceeding to collect the amount due along with additional fees to which it is entitled under the Employee Retirement Income Security Act ("ERISA"), including (i) liquidated damages; (ii) interest; (iii) attorneys' fees and (iv) costs. **Also, the Funds may seize without further notice to you any surety your company may have posted, in which event your company will no longer be in compliance with its existing contract.**

ALSO, THE NEW YORK DISTRICT COUNCIL WILL BE NOTIFIED AND ADVISED TO TAKE FURTHER ACTION.

Very truly yours,

Steven C. Kasarda
Counsel for Delinquencies & Collections

DR/TC
Cc: Denise Meehan
Cc: Craig Hillegass

Via Certified and Regular Mail

442

## 7-DAY DEMAND LETTER

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Claribel Velazquez_  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Claribel Velazquez   C. Date of Delivery: 12/20/06 |
| 1. Article Addressed to:<br><br>Dartz and Matz Incorporated<br>99 Grand Street; Suite 18<br>Moonachie, NJ 7074<br>Attn: Jared H. Mathusek, President | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label): 7001 2510 0002 1651 5866 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## PROOF OF MAILING