In the Matter of:

-----------------------------------------------------------------x

THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW
YORK CITY AND VICINITY CARPENTERS LABOR-        NOTICE OF
MANAGEMENT CORPORATION, By MICHAEL             INTENTION TO
J. FORDE and PAUL O'BRIEN, as TRUSTEES,        ARBITRATE

        Petitioners,

        -against-

Dartz and Matz Incorporated

        Respondent.

-----------------------------------------------------------------x

        PLEASE TAKE NOTICE, that the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATION AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, and THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, by MICHAL J. FORDE, and PAUL O'BRIEN as TRUSTEES, (the "Funds") hereby demand and intend, pursuant to the

provisions of the collective bargaining agreement between Dartz and Matz Incorporated and the District Council of New York City and Vicinity of the United Brotherhood of Carpenters and Joiners of America, to conduct an arbitration before Arbitrator Roger E. Maher against Dartz and Matz Incorporated with the respect to the following controversy:

' Delinquent fringe benefit contributions due to the Funds for the period 4/9/2006 through 9/9/2006 in the amount of $41,781.03.

Pursuant to CPLR 7503 (c), unless you apply within twenty (20) days after the service of this notice for a stay of the arbitration, you will thereafter be precluded from objecting that a valid agreement was not made or has not been complied with and from asserting in court the bar of limitations of time.

Dated:     December 26, 2006

By: _____

Steven C. Kasarda, Esq.
Counsel for Delinquencies &
Collections

To:     Roger Maher
        23 83rd Street
        Brooklyn, NY 11209-18

        and

        Dartz and Matz Incorporated
        99 Grand Street; Suite 18
        Moonachie, NJ 7074
        Attn: Jared   H. Mathusek, President

<u>VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUEST</u>   (To Employer)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): H Jared Mathusek<br>C. Date of Delivery: 12/29/06 |
| 1. Article Addressed to:<br><br>Dartz and Matz Incorporated<br>99 Grand Street; Suite 18<br>Moonachie, NJ 7074<br>Attn: Jared H. Mathusek, President | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0002 1651 5460 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

## **NOTICE OF INTENT**