**ROGER E. MAHER**
Office of Impartial Arbitrator

23  83rd Street                         Office: 718 238-5143
Brooklyn, New York 11209       FAX : 718 491-4187

## NOTICE OF HEARING

-------------------------------------------------------------------------------------------X

**IN THE MATTER OF ARBITRATION BETWEEN**

The New York District Council of Carpenter Pension Fund, New York City District Council of Carpenters Welfare Fund,  New York City District Council of Carpenters Vacation Fund, New York City District Council of Carpenters Annuity Fund, New York City District Council of Carpenters Apprenticeship, Journeyman, Retraining, Educational & Industry Fund, New York City District Council of Carpenters Charity Fund, The New York and Vicinity Carpenters Labor Management Corporation Fund, by Michael J. Forde and Paul O'Brien, as Trustees,

                                    Petitioners,
            -against-
        **Dartz and Matz Inc.**          Respondent         17898

-------------------------------------------------------------------------------------------X

**ISSUE:** Fringe Benefits due for    **Audit Period**                              **Amount Due:**
                                      04/09/2006   through   09/09/2006      $ 41,781.03

And all amounts due under the Collective Bargaining Agreement and prior to arbitration.

Dear Sir/Madam:

Please be advised that a hearing in the above captioned matter has been **scheduled** as follows:

**DATE:** February 27th, 2007

**TIME:** 2:45pm.

**LOCATION:** New York District Council of Carpenters Benefit Fund
             395 Hudson Street
             New York, New York      9th floor conference room

Please be present and ready at that time with whatever witnesses you intend to adduce as well as any other records which you deem necessary and pertinent to the issue. Failure to appear may result in a default award against you.

                                        Very truly yours,

                                        Roger E. Maher
                                        Arbitrator

**DATED:** January 14, 2007
     Via Regular Mail  & Certified Mail Return Receipt Requested  # 70062760000238569517

CC:   Steven Kasarda, Esq.
      Thomasina Caba
      **Dartz and Matz Inc.**