UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND,     07 CV 3798 (PKC)
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, NEW YORK          **AFFIDAVIT OF**
CITY DISTRICT COUNCIL OF CARPENTERS CHARITY      **SERVICES**
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR-MANAGEMENT COOPERATION
FUND, by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

                                       Petitioners,

            -against-

DARTZ AND MATZ INCORPORATED,

                                  Respondent.
-----------------------------------------------------------------X
STATE OF NEW YORK      )
                                  :SS.:
COUNTY OF NEW YORK  )

      ANDREW GRABOIS, being duly sworn, deposes and says:

      1.     I am a member of the Bar of this Court and am associated with the firm of O'Dwyer & Bernstien, LLP, attorneys for petitioners herein and submit this affidavit in support of the petition to confirm an arbitration award.

      2.     On May 14, 2007, Ian Henderson, a paralegal in this office, drafted a complaint, cover sheet and other required documents and prepared them for filing with the Clerk of the Court. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

3. On May 14, 2007, your deponent reviewed and finalized the aforementioned documents. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

4. On May 15, 2007 and May 16, 2007, Mr. Henderson prepared and filed the aforementioned documents with the Clerk of the Court and on the Electronic Case Filing system. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

5. On May 16, 2007 and May 25, 2007, Mr. Henderson prepared and mailed the aforementioned documents for service of process pursuant to Section 307 of New York Business Corporation Law. He spent 1.5 hours on this matter at a billing rate of $115.00 per hour for a total of $172.50 in attorneys' fees.

6. On June 6, 2007, Gary Silverman and Gary Rothman, members of the Bar of this Court and members of this office, held an office conference with your deponent regarding this Court's Order. Mr. Silverman and Mr. Rothman each spent 0.5 hours on this matter at a billing rate of $485.00 per hour for a total of $485.00 in attorneys' fees. I spent 0.5 hours on this matter at a billing rate of $320.00 per hour for a total of $160.00 in attorneys' fees.

7. On June 6, 2007, your deponent reviewed the case file and materials, conducted research regarding the confirmation of arbitration awards in federal court, and drafted an affidavit establishing personal jurisdiction. I spent 4.0 hours on this matter at a billing rate of $320.00 per hour for a total of $1,280.00 in attorneys' fees.

8. On June 7, 2007, your deponent revised the aforementioned affidavit and drafted a memorandum of law in support of the petition. I spent 2.0 hours on this matter at a billing rate of $320.00 per hour for a total of $640.00 in attorneys' fees.

9. On June 8, 2007, Vipin Varghese, a paralegal in this office, prepared and filed the affidavits of service with the Court and on the ECF system. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

10. On June 8, 2007, Mr. Varghese served the aforementioned affidavit and memorandum with supporting documentation on respondent and prepared these documents for filing on the ECF system. He spent 1.0 hours on this matter at a billing rate of $115.00 per hour for a total of $115.00 in attorneys' fees.

11. On June 8, 2007, your deponent edited and revised the memorandum, conducted research regarding collective bargaining provisions, prepared the affidavit of services, and prepared these documents for filing. I spent 3.0 hours on this matter at a billing rate of $320.00 per hour for a total of $960.00 in attorneys' fees.

12. The cost of the process server to effectuate service of process was $73.47.

WHEREFORE, deponent respectfully requests allowance of attorneys' fees in the sum of $4,317.50 and costs arising out of this action in the amount of $73.47 for a total of $4,390.97.

ANDREW GRABOIS (AG 3192)

Sworn to before me this
8th day of June, 2007

NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No. 02FU6104740
Qualified in New York County
Commission Expires January 26, 20__

3