STATE OF NEW YORK     )
                      :SS.:
COUNTY OF NEW YORK  )

VIPIN VARGHESE, being duly sworn, deposes and says:  I am not a party to the action, am over 18 years of age and reside in Brooklyn, New York. On the 8th day of June, 2007, I served **THE ORDER DATED MAY 21, 2007, AFFIDAVIT OF COUNSEL WITH EXHIBITS AND MEMORANDUM OF LAW WITH EXHIBITS** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO:     Dartz and Matz Incorporated
        99 Grand Street, Suite 18
        Moonachie, NJ 07074

VIPIN VARGHESE

Sworn to before me this
8th day of June, 2007

NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No.02FU6104740
Qualified in New York County
Commission Expires January 26, 20__