UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 3798 (PKC)
ECF CASE

**JUDGMENT**

Plaintiffs,

-against-

DARTZ AND MATZ INCORPORATED,

Defendant.
------------------------------------------------------------------X

This action having been commenced on May 15, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Dartz and Matz Incorporated on May 22, 2007 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307(b) of New York Business Corporation Law, and a proof of service having been filed on June 8, 2007, and by registered mail on May 25, 2007, and proof of service having been filed on June 8, 2007, and the defendant not having answered the Complaint, and an Order Granting Petition being so ordered on June 28, 2007, it is

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendant, pursuant to the arbitration award, in the principal amount of $45,704.50 plus interest of ten percent (10%) per annum from the date of said award, March 1, 2007, through the date of entry of this judgment in the amount of $1,940.88 in addition to attorneys' fees and costs in the amount of $4,390.97 for a total of $52,036.35.

Dated: July 5, 2007
New York, New York

Honorable P. Kevin Castel
United States District Judge

This document was entered on the docket on _____.